# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| **Erin Wilson, individually and on behalf of others similarly situated**<br><br>*Plaintiff*<br><br>v.<br><br>**CookUnity LLC**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:25-cv-03237-TRJ<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Gevorg Hovhannisyan, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to CookUnity LLC in Kings County, NY on June 11, 2025 at 12:29 pm at 630 Flushing Avenue, 3rd Floor, Brooklyn, NY 11206 by leaving the following documents with Natalee (refused last name) who as People Ops Generalist is authorized by appointment or by law to receive service of process for CookUnity LLC.

SUMMONS IN A CIVIL ACTION,  COMPLAINT,  COVER SHEET, AND EXHIBITS

White Female, est. age Unknown, glasses: N, Black hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.6998466667,-73.948395
Photograph: See Exhibit 1


Total Cost: $125.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <br> __Kings County_____, <br> __NY____ on __6/11/2025_____ . | /s/ *Gevorg Hovhannisyan* <br> _____ <br> Signature <br> Gevorg Hovhannisyan <br> +1 (914) 319-3832 |



Exhibit 1a)



Exhibit 1b)