# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated,<br><br>  *Plaintiff*,<br>v.<br><br>COOKUNITY LLC,<br><br>  *Defendant*. | Case No. 1:25-cv-03237-TRJ |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Ian N. Jones, of the law firm of Eversheds Sutherland (US) LLP, hereby appears as counsel of record for Defendant CookUnity Inc. (incorrectly identified herein as CookUnity LLC) in this action and requests that all subsequent documents be served on the undersigned counsel.

Dated: June 27, 2025

*s/ Ian N. Jones*
Ian N. Jones (Bar No. 437690)
**EVERSHEDS SUTHERLAND (US) LLP**
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia 30309
Telephone: (404) 853-8051
Facsimile: (404) 853-8806
ianjones@eversheds-sutherland.com

***Counsel for Defendant***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Appearance has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, on this 27th day of June, 2025.

*/s/ Ian N. Jones*
Ian N. Jones