IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>COOKUNITY LLC,<br><br>　　　　*Defendant*. | Case No. 1:25-cv-03237-TRJ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel of record for CookUnity Inc. (incorrectly identified herein as CookUnity LLC), hereby certifies that there is no parent corporation, and no publicly held corporation owns 10% or more of its membership interests.

CookUnity Inc. will supplement this statement if any required information changes.

Dated: June 27, 2025

　　　　　　　　　　　　　　　　　　　　*s/ Ian N. Jones*
　　　　　　　　　　　　　　　　　　　　Ian N. Jones (Bar No. 437690)
　　　　　　　　　　　　　　　　　　　　**EVERSHEDS SUTHERLAND (US) LLP**
　　　　　　　　　　　　　　　　　　　　999 Peachtree Street, NE, Suite 2300
　　　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30309
　　　　　　　　　　　　　　　　　　　　Telephone: (404) 853-8051
　　　　　　　　　　　　　　　　　　　　Facsimile: (404) 853-8806
　　　　　　　　　　　　　　　　　　　　ianjones@eversheds-sutherland.com

　　　　　　　　　　　　　　　　　　　　Francis X. Nolan, IV (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　　1114 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　The Grace Building 40th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 389-5000
　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 389-5099
　　　　　　　　　　　　　　　　　　　　franknolan@eversheds-sutherland.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Corporate Disclosure Statement has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, on this 27th day of June, 2025.

        */s/ Ian N. Jones*
        Ian N. Jones