IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>COOKUNITY LLC,<br><br>　　　　*Defendant*. | Case No. 1:25-cv-03237-TRJ |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. Having reviewed the Motion, and noting that it is unopposed and made in good faith, the Court finds that the Motion shall be GRANTED.

Accordingly, it is hereby ORDERED that Defendant shall have up to and including August 1, 2025, to file its responsive pleading to Plaintiff's Class Action Complaint.

IT IS SO ORDERED, this ___ day of June, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Tiffany R. Johnson
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge