IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated,<br><br>   *Plaintiff*,<br>v.<br><br>COOKUNITY LLC,<br><br>   *Defendant*. | Case No. 1:25-cv-03237-TRJ |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Civil Cases Proceeding Before the Honorable Tiffany R. Johnson, and I will comply with its provisions during the pendency of this litigation.

Dated: July 7, 2025

                Respectfully submitted,

                **EVERSHEDS SUTHERLAND (US) LLP**

                *s/ Ian N. Jones*
                Ian N. Jones (Bar No. 437690)
                999 Peachtree Street, NE, Suite 2300
                Atlanta, Georgia 30309
                Telephone: (404) 853-8051
                Facsimile: (404) 853-8806
                ianjones@eversheds-sutherland.com

                Francis X. Nolan, IV (*pro hac vice*)
                1114 Avenue of the Americas
                The Grace Building 40th Floor
                New York, New York 10036
                Telephone: (212) 389-5083
                Facsimile: (212) 389-5099
                franknolan@eversheds-sutherland.com

                ***Attorneys for Defendant***