## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated,<br><br>   *Plaintiff*,<br>v.<br><br>COOKUNITY LLC,<br><br>   *Defendant*. | Case No. 1:25-cv-03237-TRJ |

## **CERTIFICATE OF COMPLIANCE**

  I hereby certify that I have read the Court's Standing Order in Civil Cases Proceeding Before the Honorable Tiffany R. Johnson, and I will comply with its provisions during the pendency of this litigation.

Dated: July 7, 2025

                Respectfully submitted,

                */s/ Anthony I. Paronich*
                Anthony I. Paronich
                Paronich Law, P.C.
                350 Lincoln Street, Suite 2400
                Hingham, MA 02043
                Tel: (617) 485-0018
                anthony@paronichlaw.com