**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

ERIN WILSON, individually and on behalf of
others similarly situated,

        *Plaintiff*,

v.

COOKUNITY LLC,

        *Defendant*.

Case No. 1:25-cv-03237-TRJ

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. Having reviewed the Motion, and noting that it is unopposed and made in good faith, the Court finds that the Motion shall be GRANTED.

Accordingly, it is hereby ORDERED that Defendant shall have up to and including August 22, 2025, to file its responsive pleading to Plaintiff's Class Action Complaint.

IT IS SO ORDERED, this ___ day of July, 2025.

_____
Hon. Tiffany R. Johnson
United States District Judge