IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>COOKUNITY LLC,<br><br>*Defendant*. | Case No. 1:25-cv-03237-TRJ |

### DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO STAY THE LITIGATION

COMES NOW Defendant CookUnity Inc.[1] ("CookUnity"), by and through its undersigned counsel, and pursuant to Sections 2, 3, and 4 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1, *et seq.*, hereby moves this Court for an order compelling arbitration of the claims asserted by Plaintiff Erin Wilson ("Plaintiff"), and staying this action pending the completion of arbitration, as set forth in the memorandum of law filed contemporaneously herewith.

Dated: August 22, 2025

Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**

*/s/ Francis X. Nolan, IV*
Francis X. Nolan, IV (*pro hac vice*)

---

[1] CookUnity Inc. is incorrectly identified in the Complaint as "CookUnity LLC."

1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, New York 10036
Telephone: (212) 389-5083
Facsimile:  (212) 389-5099
franknolan@eversheds-sutherland.com

Ian N. Jones (Bar No. 437690)
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia 30309
Telephone: (404) 853-8051
Facsimile: (404) 853-8806
ianjones@eversheds-sutherland.com

***Counsel for Defendant***