IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>COOKUNITY LLC,<br><br>*Defendant*. | Case No. 1:25-cv-03237-TRJ |

## DEFENDANT'S MOTION TO DISMISS

COMES NOW Defendant CookUnity Inc. (incorrectly identified herein as CookUnity LLC) ("CookUnity"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), hereby moves this Court for an order dismissing the claims asserted by Plaintiff Erin Wilson ("Plaintiff") for failure to state a claim upon which relief may be granted, as set forth in the memorandum of law filed contemporaneously herewith.

Dated: August 22, 2025            Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**

*s/ Francis X. Nolan, IV*
Francis X. Nolan, IV (*pro hac vice*)
1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, New York 10036

Telephone: (212) 389-5083
Facsimile:  (212) 389-5099
franknolan@eversheds-sutherland.com

Ian N. Jones (Bar No. 437690)
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia 30309
Telephone: (404) 853-8051
Facsimile: (404) 853-8806
ianjones@eversheds-sutherland.com

***Counsel for Defendant***