IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated,<br><br>      *Plaintiff*,<br>v.<br><br>COOKUNITY LLC,<br><br>      *Defendant*. | Case No. 1:25-cv-03237-TRJ |

**Unopposed Motion for Extension of Time to Respond to Defendant's Motions**

Plaintiff respectfully moves the Court for an extension of time to respond to Defendant's pending motions. In support of this request, Plaintiff states as follows:

1. On August 22, 2025, Defendant filed two motions: (a) a Motion to Compel Arbitration (ECF No. 14), and (b) a Motion to Dismiss (ECF No. 15).

2. Pursuant to Local Rule 7.1(B) of the Northern District of Georgia, responses to these motions are due within fourteen (14) days of service. Accordingly, Plaintiff's responses are currently due on September 5, 2025 (the "Local Rule Date").

3. Plaintiff respectfully requests that the Court extend the deadline to respond to the Motion to Compel Arbitration by fourteen (14) days from the Local Rule Date, through and including September 19, 2025.

4. Plaintiff further requests that the Court extend the deadline to respond to the Motion to Dismiss by twenty-eight (28) days from the Local Rule Date, through and including October 3, 2025.

5. Counsel for Defendant has been consulted and consents to the requested extensions.

6. Good cause exists for these extensions, which will not prejudice Defendant and will permit Plaintiff to prepare complete responses to both motions.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Unopposed Motion for Extension of Time and extend the deadlines for Plaintiff's responses to Defendant's motions as follows:

- Motion to Compel Arbitration (ECF No. 14): September 19, 2025; and
- Motion to Dismiss (ECF No. 15): October 3, 2025.

Dated: August 27, 2025

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com