IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated,<br><br>   *Plaintiff*,<br>v.<br><br>COOKUNITY LLC,<br><br>   *Defendant*. | Case No. 1:25-cv-03237-TRJ |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF MOTIONS**

  Before the Court is Defendant's Unopposed Motion for Extension of Time to File Replies in Support of Motions. Having reviewed the Motion, and noting that it is unopposed and made in good faith, the Court finds that the Motion shall be GRANTED.

  Accordingly, it is hereby ORDERED that Defendant shall have up to and including October 9, 2025, to file its reply in further support of its Motion to Compel Arbitration, and October 13, 2025, to file its reply in further support of its Motion to Dismiss.

  IT IS SO ORDERED, this ___ day of _____, 2025.

                _____
                Hon. Tiffany R. Johnson
                United States District Judge