IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated,<br><br>　　　　*Plaintiff*,<br>v.<br><br>COOKUNITY LLC,<br><br>　　　　*Defendant*. | Case No. 1:25-cv-03237-TRJ |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Valerie S. Sanders, of the law firm of Eversheds Sutherland (US) LLP, hereby appears as counsel of record for Defendant CookUnity Inc. (incorrectly identified herein as CookUnity LLC) in this action and requests that all subsequent documents be served on the undersigned counsel.

Dated: October 9, 2025

　　　　　　　　　　　　　　　　　　*s/ Valerie S. Sanders*
　　　　　　　　　　　　　　　　　　Valerie S. Sanders (Bar No. 625819)
　　　　　　　　　　　　　　　　　　**EVERSHEDS SUTHERLAND (US) LLP**
　　　　　　　　　　　　　　　　　　999 Peachtree Street, NE, Suite 2300
　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30309
　　　　　　　　　　　　　　　　　　Telephone: (404) 853-8000
　　　　　　　　　　　　　　　　　　Facsimile: (404) 853-8806
　　　　　　　　　　　　　　　　　　valeriesanders@eversheds-sutherland.com

　　　　　　　　　　　　　　　　　　***Counsel for Defendant***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Appearance has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, on this 9th day of October, 2025.

/s/ *Valerie S. Sanders*
Valerie S. Sanders