IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated,<br><br>   *Plaintiff*,<br>v.<br><br>COOKUNITY LLC,<br><br>   *Defendant*. | Case No. 1:25-cv-03237-TRJ |

## DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant CookUnity Inc. (incorrectly identified herein as CookUnity LLC) ("CookUnity") respectfully submits *El Sayed v. Naturopathica Holistic Health, Inc.*, No. 8:25-cv-00847-SDM-CPT, 2025 WL 2997759 (M.D. Fla. Oct. 24, 2025), (attached hereto as Exhibit 1) as supplemental authority.

In *El Sayed*, the court explicitly "agree[d] with and adopt[ed]" Judge Winsor's opinion in *Davis v. CVS Pharmacy, Inc.*, No. 4:24-cv-477-AW-MAF, 2025 WL 2491195 (N.D. Fla. Aug. 26, 2025), and concluded that "[t]he omission of 'text message' from [47 U.S.C. §] 227(c)(5) confirms that the provision applies only to a 'telephone call.'" *El Sayed*, 2025 WL 2997759, at *2; *see also* ECF No. 25 at 3–5 of 14 (discussing Judge Winsor's *Davis* opinion).

Dated: October 31, 2025

Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**

*s/ Francis X. Nolan, IV*
Francis X. Nolan, IV (*pro hac vice*)
1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, New York 10036
Telephone: (212) 389-5083
Facsimile:  (212) 389-5099
franknolan@eversheds-sutherland.com

Ian N. Jones (Bar No. 437690)
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia 30309
Telephone: (404) 853-8051
Facsimile: (404) 853-8806
ianjones@eversheds-sutherland.com

***Counsel for Defendant***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Supplemental Authority has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, on this 31st day of October, 2025.

*/s/ Francis X. Nolan, IV*
Francis X. Nolan, IV (pro hac vice)
