IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>COOKUNITY LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:25-cv-03237-TRJ |

### ORDER

Under this Court's Local Rules, counsel for all private parties in civil cases must file their certificates of interested persons and corporate disclosure statements at the time of their first appearance. *See* LR 3.3. Here, Plaintiff Erin Wilson has not complied with her obligations under Local Rule 3.3. Accordingly, Plaintiff is **ORDERED** to file her certificate of interested persons and corporate disclosure statement by **November 26, 2025**.

SO ORDERED, this 21st day of November, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge