# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ERIN WILSON, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>COOKUNITY LLC<br><br>  Defendant. | CIVIL ACTION FILE NO. 1:25-cv-03237-TRJ |

## Notice of Settlement

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.

Dated: January 28, 2026         PLAINTIFF,

/s/ Anthony Paronich
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100