IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>COOKUNITY LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:25-cv-03237-TRJ |

### ORDER

On January 28, 2026, Plaintiff filed a notice of settlement, notifying the Court that the parties have settled this case and intend to file a stipulation of dismissal upon finalization of the settlement. (Doc. 33). Accordingly, Defendant's Motion to Compel Arbitration and to Stay the Litigation (Doc. 14) and Motion to Dismiss (Doc. 15) are **DENIED AS MOOT**. The Clerk is respectfully **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes. The parties are **ORDERED** to file a stipulation of dismissal by **March 30, 2026**. Absent an extension or further order of the Court, if there is no request to reopen this action by **March 30, 2026**, the Court may dismiss this action with prejudice. Administrative closure will not prejudice the rights of the parties in any manner. If finalization of the settlement fails, the parties may file a motion to reopen this action, request enforcement of the settlement, or vacate this order of dismissal. The Clerk is respectfully **DIRECTED** to submit this matter to the Court on **March 31, 2026**, if the parties have not filed a stipulation of dismissal.

SO ORDERED, this 29th day of January, 2026.

_____
TIFFANY R. JOHNSON
United States District Judge