# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated,<br><br>           *Plaintiff*,<br><br>v.<br><br>COOKUNITY LLC,<br><br>           *Defendant*. | Case No. 1:25-cv-03237-TRJ |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

DATED this 13th day of March, 2026.

>  */s/ Anthony Paronich*
>  Anthony I. Paronich, *pro hac vice*
>  Paronich Law, P.C.
>  350 Lincoln Street, Suite 2400
>  Hingham, MA 02043
>  Tel: (617) 485-0018
>  anthony@paronichlaw.com
>  *Counsel for Plaintiff*

*/s/ Francis X. Nolan, IV*
Francis X. Nolan, IV (*pro hac vice*)
Eversheds Sutherland (US) LLP
1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, New York 10036
Telephone: (212) 389-5083
Facsimile:  (212) 389-5099
franknolan@eversheds-sutherland.com

Ian N. Jones (Bar No. 437690)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia 30309
Telephone: (404) 853-8051
Facsimile: (404) 853-8806
ianjones@eversheds-sutherland.com

*Counsel for Defendant*